1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

14

GEORGE C. SWINYER,

Case No.  C04-5522RJB

15

Plaintiff,

16

v.

ORDER ON PENDING
MOTIONS

17

JOHN DOE MORGAN *et al.*,

18

Defendants.

19

20    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate

21    Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules

22    MJR 1, MJR 3, and MJR 4.  Before the court are two motions.  In the first motion plaintiff asks to

23    stay this action until he is released from prison so he has better resources to prosecute the action.

24    (Dkt # 89).  That motion is **DENIED**.  This case was filed in August of 2004 and further delay of the

25    action is not warranted.

26    Plaintiff's second motion asks for clarification of a discovery rule.  (Dkt. 90).  Plaintiff also

27    asks for leave to file an amended complaint.  (Dkt. # 90).  Federal Rule of Civil Procedure 33 limits

28    the number of interrogatories a person may send to 25 and each discrete sub part in a question is

ORDER
Page - 1

1   considered a separate interrogatory.  Further clarification is not needed.  The motion to amend is

2   **DENIED.**  Discovery in this action was extended once and is now nearly complete.  The adding of

3   new claims and defendants at this late date would result in undue delay.

4         The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

5

6

7         DATED this 15th day of December, 2005.

8

9                             */S/ J. Kelley Arnold*
                             Kelley Arnold

10                            United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2