UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE C. SWINYER JR.,

    Plaintiff,

    v.

RICHARD MORGAN *et al.*,

    Defendants.

Case No. C04-5522RJB

ORDER

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is a document filed by plaintiff addressed to Judge Bryan asking for help "filing" his case and asking that the case be reassigned. This case is on referral and the motion is properly before this judge. (Dkt. # 96).

    Plaintiff indicates he does not know how to proceed at this point in the litigation. (Dkt. # 96). In November of 2005 the court granted plaintiff's motion to extend deadlines. Discovery in this action ended January 13th, 2006. Dispositive motions are due on or before February 17th, 2006. The case is progressing and plaintiff's motion is **DENIED.**

    The clerk is directed to send copies of this order to the parties and to remove docket entries 96 from the court's calendar.

    DATED this 30th day of January, 2006.

    */S/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER  1